**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**JOSE PINEDA PEREZ,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:21-cr-00039-TES-CHW-14** |

**ORDER GRANTING CONSENT MOTION TO DECLARE CASE COMPLEX AND
TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is the government's Consent Motion to Declare Case Complex [Doc. 890] pursuant to 18 U.S.C. § 3161(h)(7)(B). The government also seeks a continuance of trial from May 18, 2026. According to the government's motion, "[t]his case involves a long-term investigation" across federal, state, and local enforcement agencies and consists of voluminous discovery necessitating that this case to be declared complex. [Doc. 890, p. 2].

Upon consideration of the Superseding Indictment [Doc. 272] and for the reasons stated in the consent motion, the Court concludes that this "case is . . . so complex, due to the . . . nature of the prosecution, . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by [the Speedy Trial Act]." 18 U.S.C. § 3161(h)(7)(B)(ii). Thus, the ends of justice served by the granting of a continuance outweigh the best interests of the public and the

defendant in a speedy trial. Accordingly, the Court **GRANTS** the government's

Consent Motion to Declare Case Complex [Doc. 890] and **CONTINUES** this case to a

date to be specially set by the Court. The delay occasioned by this Order shall be

deemed **EXCLUDABLE**. *See id.* at § 3161(h). The government will submit a proposed

consent scheduling order for the Court's consideration by April 27, 2026.

       **SO ORDERED**, this 30th day of March, 2026.

                             S/ Tilman E. Self, III

                             **TILMAN E. SELF, III**

                             **UNITED STATES DISTRICT JUDGE**